THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
*v.* HARRY L. HOFFMAN, Respondent.

*Crimes — murder in second degree — judgment of conviction affirmed.*

People v. *Hoffman*, 219 App. Div. 334, affirmed.

(Argued May 12, 1927; decided May 31, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 25, 1927, which reversed a judgment of the Richmond County Court rendered upon a verdict convicting defendant of the crime of murder in the second degree and granted a new trial.

*Albert C. Fach, District Attorney (Lester L. Callan* of counsel), for appellant.

*Leonard A. Snitkin* and *Leo H. Klugherz* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.